CHRISTOPHER G. VARALLO, ISB # 6135
MATTHEW W. DALEY, *Admitted pro hac vice*
Witherspoon Kelley
422 West Riverside Avenue, Suite 1100
Spokane, Washington  99201
Telephone:     (509) 624 5265
Facsimile:     (509) 458 2728

cgv@witherspoonkelley.com
mwd@witherspoonkelley.com

Counsel for the Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| TEDDER INDUSTRIES, LLC, an Idaho limited liability company, d/b/a ALIEN GEAR and d/b/a OLD FAITHFUL HOLSTERS,<br><br>     Plaintiff,<br><br>vs.<br><br>MTC HOLSTERS, LLC, a Missouri foreign limited liability company, d/b/a CROSSBREED HOLSTERS,<br><br>     Defendant. | No.  2:14-cv-00458-BLW<br><br>NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE |

COMES NOW the Plaintiff, Tedder Industries, LLC, d/b/a Alien Gear and d/b/a Old Faithful Holsters, by and through its counsel of record, and hereby provides notice that the above-entitled action is dismissed, in its entirety, with

NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE -- 1

S1092339.DOCX

WITHERSPOON · KELLEY
422 WEST RIVERSIDE AVENUE, SUITE 1100
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1 prejudice.  Defendant MTC Holsters, LLC d/b/a Crossbreed Holsters has not filed an answer nor moved for summary judgment in this matter.  This notice is filed pursuant to Rule 41 of the Federal Rules of Civil Procedure.

DATED this 30th day of December, 2014.

WITHERSPOON • KELLEY

*/s/ Christopher G. Varallo*_____
Christopher G. Varallo, ISB No. 6135
Matthew W. Daley, *admitted pro hac vice*
Counsel for Plaintiff

NOTICE OF DISMISSAL OF ACTION
WITH PREJUDICE -- 2
S1092339.DOCX

**WITHERSPOON · KELLEY**
422 WEST RIVERSIDE AVENUE, SUITE 1100
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265